## No. 4.

RICE *against* HATHAWAY. *Franklin,* 1816.

IN an action of trespass, the premises are well described in the following words : "the close of the plaintiff, situate, lying and being in St. Albans."

## TRIAL.

MINARD *against* MINARD. *Windham,* 1816.

APPEAL from Judge of Probate.

The sanity or insanity of the testator, as also fraud or circumvention, in proving a will, may be tried by issue to the Jury.

See New Trial.